

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



CHAMBERS OF
**REBECCA R. PALLMEYER**
JUDGE

312-435-5636

RECEIVED 2006 AUG -9 A 10: 47 FINANCIAL DISCLOSURE OFFICE

August 4, 2006

Ortie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

Dear Mr. Smith:

In response to your letter of June 30, 2006, let me answer the two questions you have regarding my 2005 Financial Disclosure Report.

First, you asked for the specific name of the mutual fund that I listed under "The American Funds" (Part VII, page 5, line 1).  The specific name is:  American Funds New World Fund-A, #95-4727424.

Second, you asked me to explain the origin of the Chase Investment Account listed in Part VII, page 5, line 8.  The account was purchased in 2005 from funds that were previously in the Money Market Chase Accounts, on Part VII, page 5, line 4.  The new Chase Investment Account is a Government Bond Fund.  It is listed on our tax form as Chase Investment Services Corp. Acct. #PZL-726940.

Thank you.

Yours truly,

Rebecca R. Pallmeyer
U.S. District Judge

RRP/skl

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pallmeyer, Rebecca R | U.S. District Court | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street <br> Room 2178 <br> Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | U.S. District Judge Salary | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Northwestern University Salary |
| 2. 2/28/05 | Honorarium: University of Michigan ($300.00) |
| 3. 3/1/05 | Royalty: John Wiley Press |
| 4. 3/24/05 | Royalty: Guilford Press |
| 5. 4/5/05 | Royalty: John Brockman Associates |
| 6. 4/20/05 | Honorarium: Georgia Psychological Association ($2,000.00) |
| 7. 6/2/05 | Royalty: Copyright Clearance |
| 8. 7/13/05 | Royalty: American Psychological Association Press |
| 9. 9/20/05 | Honorarium: The Teaching Company ($500.00) |
| 10. 10/28/05 | Honorarium: Arkansas Psychological Association ($2,000.00) |
| 11. 11/11/05 | Honorarium: St. Norbert College ($2,500.00) |
| 12. 12/14/05 | Honorarium: The Fielding Institute ($200.00) |
| 13. 12/20/05 | Honoarium: Winnetka Congregational Church ($400.00) |
| 14. 12/20/05 | Award: Baywood Publishing ($250.00) |
| 15. 12/31/05 | Honorarium: Franklin & Marshall Colldge ($1,250.00) |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/11/2006 |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The American Funds | A | Dividend | J | T | | | | | |
| 2. Checking account: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3. CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 4. Money Market Accounts: Chase, Evanston, IL | C | Interest | L | T | | | | | |
| 5. TIAA - CREF | | None | M | T | | | | | |
| 6. Metropolitan Life | A | Dividend | J | T | | | | | |
| 7. Pioneer Micro Cap Fund | A | Dividend | J | T | | | | | |
| 8. Chase Investment Account | B | Dividend | M | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note: Under VII Investments and Trusts, for 2004 we reported Centennial Money Market Account. That small account was terminated in 2004, so it no longer appears for 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 11, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWING ████████LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app.█████

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544